■ PAUL HACZELA, Respondent, v ZDENKA M. KRAL, Appellant. [665 NYS2d 285] —In an action for a divorce and ancillary relief, the defendant wife appeals from a judgment of the Supreme Court, Westchester County (Lefkowitz, J.), entered October 26, 1995, which, *inter alia*, granted the plaintiff husband a divorce on the ground of cruel and inhuman treatment and distributed the marital property pursuant to the terms of an antenuptial agreement dated May 25, 1988, and a stipulation of settlement entered into in open court on July 26, 1995.

Ordered that the judgment is affirmed, with costs.

The trial court's finding that the husband was entitled to a divorce from the wife on the grounds of cruel and inhuman treatment is supported by the record and we see no reason to disturb its determination (*see, Kahn v Kahn*, 221 AD2d 320; *Soto v Soto*, 216 AD2d 455).

The wife's remaining contentions are without merit. Thompson, J. P., Joy, Friedmann and Krausman, JJ., concur.